UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSSETS

*******************************************************************

| | | |
|---|---|---|
| **ELSON DE BARROS** <br> **57 Ridgewood St.** <br> **Dorchester, MA 02122** | * <br><br> * | **CIVIL CASE NO.:** _____ |
| **Plaintiff** | * | |
| **v.** | * | |
| **WHDH-TV, INC. (Ch. 7)** <br> **7 Bulfinch Place** <br> **Boston, MA 02114** | * <br><br> * | |
| **And** | * | |
| **WCVB-TV, INC. (CH. 5)** <br> **5 TV Place** <br> **Needham, MA 02494** | * <br><br> * | |
| **Defendants** | * | |

*******************************************************************

## COMPLAINT FOR RELIEF AND DEMAND FOR TRIAL BY JURY

**NOW COMES** the Plaintiff Pro se, Elson De Barros, and hereby brings this action against the Defendants and states as follows:

### I.  Parties

1. Elson De Barros, Plaintiff pro se, is a citizen of the United States and a resident of the State of Massachusetts.

2. Defendant, **WHDH-TV, INC.** (hereinafter referred to as Channel 7) is an NBC affiliate corporation organized under the laws of Massachusetts.

3. Defendant, **WCVB-TV, INC.** (hereinafter referred to as Channel 5) is an ABC affiliate corporation organized under the laws of Massachusetts.

### Preliminary Statement

4. This action seeks monetary relief against the Defendants illegally conducting electronic surveillance, specifically acquisition, collection, storage, retention and searching of information related to the Plaintiff.

5. Plaintiff is a private citizen.

6. On or about September 2014 and continuing to present day, Defendants have engaged in surveilling the Plaintiff in his day-to-day private life, including but not limited to, his private visits to his doctor.

7. The collection of Plaintiff's images and communications without a valid warrant supported by probable cause violates the First, Fourth, and Fifth Amendments.

## JURISDICTION AND VENUE

8. this case arises under the Constitution and laws of the United States and presents a federal question within this Court's jurisdiction under Article III of the Constitution and 28 U.S.C. § 1331. The Court also has jurisdiction under 5 U.S.C. § 702 and 28 U.S.C. §§ 2201-2202.

9. Defendants have sufficient contacts with this district generally and, in particular, with regard to the events herein alleged. Defendants are subject to the exercise of this court's jurisdiction over them.

10. Venue is proper in this judicial district pursuant to 28 U.S.C. § 1391(e)(1)(B).

## COUNT I
### Violation of First Amendment—
### Declaratory, Injunctive, and Other Equitable Relief

11. Plaintiff, on a day to day basis, uses the telephone and public transportation to associate privately.

**12.** By their acts alleged herein, Defendants have violated and are violating the First Amendment free speech and free association rights of Plaintiff, including the right to communicate anonymously and the right to associate privately.

**13.** By their acts alleged herein, Defendants have imposed a direct and significant burden on the legal associations and speech of Plaintiff by, among other things, compelling the disclosure of his associations and eliminating Plaintiff's right to privacy.

**14.** Defendants are irreparably harming Plaintiff by violating his First Amendment rights. Plaintiff has no adequate remedy at law for Defendants' continuing unlawful conduct, and Defendants will continue to violate Plaintiff's legal rights unless enjoined and restrained by this Court.

**15.** Plaintiff seeks this Court to declare that Defendants have violated the First Amendment rights of Plaintiff, enjoin Defendants, their agents, successors, and assigns, and all those in active concert and participation with them, from violating the First Amendment to the United States Constitution; and award such other and further equitable relief as is proper.

## COUNT II
### Violation of Fourth Amendment—Declaratory, Injunctive, and Equitable Relief

**16.** Plaintiff has a reasonable expectation of privacy in his telephone communications, daily life communications, and information.

**17.** By the acts alleged herein, Defendants have violated Plaintiff's reasonable expectation of privacy and denied Plaintiff his right to be free from unreasonable searches and seizures as guaranteed by the Fourth Amendment to the Constitution of the United States.

**18.** Defendants are now engaging in and will continue to engage in the above-described violations of Plaintiff's constitutional rights, and are thereby irreparably harming

Plaintiff. Plaintiff has no adequate remedy at law for Defendants' continuing unlawful conduct, and Defendants will continue to violate Plaintiff's legal rights unless enjoined and restrained by this Court.

**19.** Plaintiff seeks this Court to declare that Defendants have violated his Fourth Amendment rights; enjoin Defendants, their agents, successors, and assigns, and all those in active concert and participation with them from violating Plaintiff's rights under the Fourth Amendment to the United States Constitution; and award such other and further equitable relief as is proper.

## COUNT III
### INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

**20.** Defendants instigated, and directed a course of extreme and outrageous conduct with the intention of causing, or reckless disregard of the probability of causing, emotional distress to Plaintiff.

**21.** As a proximate result of the acts alleged herein Plaintiff suffered severe or extreme emotional distress, entitling him to damages in an amount to be proven at trial.

WHEREFORE, the Plaintiff pro se, Elson De Barros, requests that this Honorable Court exercise jurisdiction over Plaintiff's Complaint; grant the Plaintiff a monetary award; declare that the Defendants' actions violate Plaintiff's rights under the First and Fourth Amendments to the Constitution; permanently enjoin Defendants from continuing surveillance of the Plaintiff; permanently enjoin Defendants from future search, use, or dissemination of any of Plaintiff's information obtained through the surveillance instituted by the Defendants; and grant such other and further relief as the Court deems just and proper.

## Jury demand

Plaintiff hereby demands a trial by jury.

Respectfully submitted this __27__ day of June 2016.


                                          **ELSON DE BARROS**
                                          **57 Ridgewood St.**
                                          **Dorchester, MA 021224**